Criminal Std (6/13/2012)

HONORABLE: **Smith**
DEPUTY CLERK **Sunbury**          RPTR/ECRO/TAPE **FTR**
USPO _____        INTERPRETER _____

TOTAL TIME: ____ hours **5** minutes

DATE: **6/27/12**     START TIME: **2:00**    END TIME: **2:05**

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☒ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. **3:12cr93VLB**     DEFT # **17**

UNITED STATES OF AMERICA
vs
**Mitchell Engelson**

H. Chen
AUSA

**Gerald McMahon**
Counsel for Defendant  Ret ☐  CJA ☒  PDA ☐

---

- ☐ Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ CJA 23 Financial Affidavit filed ☐ under seal
- ☐ Order Appointing Federal Public Defender's Office filed
- ☐ Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ Appearance of _____ filed
- ☐ ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ Plea of ☒ not guilty ☐ guilty ☐ nolo contendere to count(s) **2** of the **Indictment** (indict, superseding indict, info)
- ☐ Petition to Enter Guilty Plea filed
- ☐ Defendant motions due _____ ; Government responses due _____
- ☒ Scheduling Order ☒ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ Hearing on Pending Motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at _____
- ☐ Remaining Count(s) to be dismissed at sentencing
- ☐ Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ Special Assessment of $ _____ on count(s) _____. Total $ _____ ☐ Due immediately ☐ Pay at sentencing
- ☐ Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Order of Detention filed
- ☐ Deft ordered removed/committed to originating /another District of _____
- ☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ Waiver of Rule 5 Hearing filed
- ☐ Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Bond ☐ set at $ _____ ☐ reduced to $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☒ Bond ☐ revoked ☐ reinstated ☒ continued ☐ modified
- ☐ Defendant detained
- ☐ _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ Set Attorney Flag and notify Federal Grievance Clerk
- ☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

☒ Deft's Motion #107 granted.